**IN THE U.S. DISTRICT COURT OF MARYLAND**
**FOR DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **Anthony Paige** | * | |
| **Plaintiff** | * | |
| **v.** | * | **Case No. JMC 14-2238** |
| **Berman's Automotive, Inc., et al.,** | * | |
| **Defendants** | * | |

_____/

**ORDER**

Upon consideration of Plaintiff's Motion for Extension of Time, it is this

_____day of _____, 2015, **ORDERED**:

(1)    Plaintiff's Rule 26(a)(2) disclosures shall be due on **February 8, 2015**.

**SO ORDERED.**

_____
Hon. J. Mark Coulson
U.S. Magistrate Judge
U.S. District Court for the
District of Maryland

cc:    All Counsel of Record (via ECF)