IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

(Baltimore Division)

| | | |
|---|---|---|
| ANTHONY PAIGE | * | |
| Plaintiff | * | |
| v. | * | Case No.  JMC 14-2238 |
| BERMAN'S AUTOMOTIVE, INC. | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of Joint Motion to Approve Settlement it is this 3rd day of February, 2015 hereby ORDERED AND DECREED that the Joint Motion is granted. Based on the representations by counsel set forth in the Joint Motion and the proposed Settlement Agreement the Court finds that it represents a fair and reasonable compromise of the claims made in this case.

The Clerk of the Court shall dismiss this case upon the filing of a Notice of Dismissal, which shall be promptly filed following the final payment as provided in the parties' Settlement Agreement.

**SO ORDERED.**

_____
Honorable Mark J. Coulson,
Magistrate Judge
U.S. District Court for the
District of Maryland

cc:   Clerk of the Court
      Counsel (via ECF)